DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: January 23, 2023

## FIREARMS TRACE SUMMARY

Trace Number: T20230011172    Request Date: January 06, 2023    Completion Date: January 13, 2023

JASON DYKES
ATLANTA IV FIELD OFFICE
2635 CENTURY PKWY NE SUITE 400
ATLANTA, GA 30345
PHONE: (404) 417-1300 Ext:

Badge No:          6290
Investigation No: 760525-22-0042

### FIREARM INFORMATION
Manufacturer: DIAMONDBACK ARMS INC.
Model: DB9
Caliber: 9
Serial Number: DB9M02752
Type: PISTOL
Country: UNITED STATES
Importer:
Obliterated:
Identifying Marks: D89R
NIBIN:
Gang Name:

### RECOVERY INFORMATION
Recovery Date: 01/06/2023
Time to Crime: 958 days
319 PLEASANTDALE CROSSING
DORAVILLE, GA
Possessor: ROYKELL HOLDER
DOB:
POB:

### PURCHASER INFORMATION
Purchase Date: 05/23/2020

DOB:
POB
Race:
Sex:
Height:
Weight:
ID 1: GA STATE CARD ID:
ID 2: :
Contact the local ATF office for additional information.

### DEALER INFORMATION
FFL: 15805521
MOSS PAWN SHOP
6382 OLD DIXIE RD
JONESBORO, GA 30236
Phone: (770) 968-4949    Ext:
Ship-To-Date: 02/06/2020

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**
PER DIAMONDBACK ARMS, UPDATING THE SERIAL NUMBER FROM D89M02752 TO DB9M02752, UPDATING THE FIREARM TYPE FROM RECEIVER/FRAME TO PISTOL, AND ADDING THE CALIBER 9.

The information in this report must be validated prior to use in any criminal proceedings.