# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cr-00123-SEG-JSA**
**USA v. Holder**
**Honorable Geraghty, Sarah E.**

---

Minute Sheet for proceedings held In Open Court on 05/29/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:46 P.M.
TIME IN COURT: 00:46
OFFICE LOCATION: Atlanta

COURT REPORTER: Melissa Brock
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| DEFENDANT: | [1] Roykell Holder Present at proceedings |
| ATTORNEYS PRESENT: | Lynsey Barron representing Roykell Holder<br>Stephanie Gabay-Smith representing USA |
| PROCEEDING CATEGORY: | Change of Plea |
| PLEADINGS FILED IN COURT: | Plea (With Counsel) |
| MINUTE TEXT: | After questioning the sworn Defendant, the Court found that he was entering his plea of guilty freely, voluntarily, and knowingly. The Court accepted the guilty plea and adjudicated the Defendant guilty as to the charges in the indictment. Copies of the Notice of Sentencing were distributed to counsel, Defendant, and the USMS. The Court DIRECTED counsel to provide a sentencing memo within 5 days prior to the sentencing hearing. Any medical documentation should also be submitted no than 5 days prior to sentencing. |
| HEARING STATUS: | Hearing Concluded |