U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 29 2024

Kevin P. Weimer, Clerk
By _____
Deputy Clerk

P L E A  (With Counsel)

CRIMINAL NO. 1:23-CR-123-SEG

I, ROYKELL HOLDER, defendant, having received a copy of the within INDICTMENT, and having been arraigned pleads GUILTY to the INDICTMENT thereof.

In Open Court this 29th day of May, 2024.

_____             _____
SIGNATURE (Defense Attorney)          SIGNATURE (Defendant)
LYNDSAY BARRON                        ROYKELL HOLDER

Barron Law
1800 Peachtree Street, NE
Suite 300
Atlanta, GA., 30309

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-276-3761
Bar Number: 661005

Phone: _____

Filed in Open Court by:

_____             _____
(Signature)                           Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12